# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:07CR106-4

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **JERRY PENNINGTON.** | ) | |
| | ) | |

**THIS MATTER** came before the court upon the motion of the government to stay reporting for service of the sentence of incarceration.

For the reasons stated from the bench, the government's Motion to Stay Reporting is **ALLOWED** and defendant date for reporting for the service of his sentence of incarceration is **STAYED** up to and inclusive of January 10, 2009.

October 8, 2008
Asheville, N.C.

_____
T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE